IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LPP MORTGAGE LTD., f/k/a LOAN PARTICIPANT PARTNERS, LTD.<br><br>Plaintiff,<br><br>v.<br><br>NORMA S. FISHER, in her capacity as personal representative for TED J. FISHER and her personal capacity, et al.,<br><br>Defendants. | Cause No. 1:07-cv-71 |

*So Ordered*

*[signature] USDJ*
*8/16/07*

### FED. R. CIV. P. 41(a)(1)(ii) STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties having appeared in this action, plaintiff LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd. ("LPP") and defendants Norma S. Fisher, First Community Bank, Missouri, Missouri Department of Revenue and Southern Missouri Bank & Trust Co., pursuant to FED. R. CIV. P. 41(a)(1)(ii), hereby stipulate to dismissal of this cause without prejudice. LPP has not previously dismissed in any court of the United States or of any state an action against Defendants based on or including the claim set forth in its First Amended Complaint.

BLACKWELL SANDERS PEPER
MARTIN LLP

By: /s/ R. Prescott Sifton, Jr.
_____
R. Prescott Sifton, Jr. #92040
Laura Toledo, #516315
720 Olive Street, 24th Floor
St. Louis, Missouri 63101
(314) 345-6000 telephone
(314) 345-6060 facsimile
rsifton@blackwellsanders.com

*Attorneys for Plaintiff LPP Mortgage, Ltd.*

STLD01-1343205-1

BRADSHAW, STEELE, COCHRANE
& BERENS, L.C.

By:_____
  Jeffrey L. Spray, #107294
  3113 Independence Street
  P.O. Box 1300
  Cape Girardeau, Missouri 63702
  (573) 334-0555 telephone
  (573) 334-2947 facsimile
  jeffs@bradshawsteele.com

*Attorneys for First Community Bank*

SPAIN, MILLER & SPAIN, LLC

By:_____
  James E. Spain, #17360
  P.O. Box 1248
  Poplar Bluff, Missouri 63902
  (573) 686-6868 telephone
  (573) 686-6885 facsimile
  cindy@smm-law.com

*Attorneys for Southern Missouri
 Bank & Trust Co.*

MISSOURI OFFICE OF ATTORNEY
GENERAL

By:_____
  Paul Harper, #52976
  P.O. Box 899
  Jefferson City, Missouri 65102
  (573) 751-9276 telephone
  (573) 751-4254 facsimile
  paul.harper@ago.mo.us

*Attorneys for Missouri Dept. of Revenue*

NORMA S. FISHER

By:_____
  Norma S. Fisher
  5622 Highway PP
  Poplar Bluff, Missouri 63901

*Pro Se*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 15, 2007 a true and accurate copy of the foregoing was forwarded by electronic means on all the parties on the Court's ECF notice list, and by first class mail, postage prepaid, on:

Norma S. Fisher
5622 Highway PP
Poplar Bluff, MO 63901

CFSC Consortium
The Corporate Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Mark Alan Fisher
5374 Highway PP
Poplar Bluff, MO 63901

Honorable Trish Vincent
Director, Missouri Department of Revenue
301 West High Street, Rm 670
Jefferson City, MO 65101

Catherine Hanaway, Esq.
United States Attorney for the Eastern District of Missouri
111 South 10th Street, 20th Floor
St. Louis, MO 63102

/s/ R. Prescott Sifton, Jr.
Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LPP MORTGAGE LTD., f/k/a LOAN PARTICIPANT PARTNERS, LTD.<br><br>   Plaintiff,<br><br>v.<br><br>NORMA S. FISHER, in her capacity as personal representative for TED J. FISHER and her personal capacity, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   Cause No. 1:07-cv-71<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFICATION OF SIGNED ORIGINAL DOCUMENT

Pursuant to Local Rule 11-2.11, R. Prescott Sifton, Jr. hereby attests to the existence of a paper copy of signed counterparts of the parties' FED. R. CIV. P. 41(a)(1)(ii) Stipulation of Dismissal Without Prejudice bearing the original signatures of Jeffrey Spray, Esq., James E. Spain, Esq., Paul Harper, Esq. and Norma S. Fisher. Counterparts bearing the original signatures of Messrs. Spray and Spain are in Mr. Sifton's possession, as are facsimile copies of the counterparts signed by Mr. Harper and Ms. Fisher. Mr. Sifton has requested that Mr. Harper and Ms. Fisher forward their original counterparts to him, but they have not yet been received. The Stipulation of Dismissal Without Prejudice is being filed electronically today, August 15, 2007, with a blank signature line. Counsel will retain the paper copy bearing the original signatures during the pendency of the litigation including all possible appeals.

STLD01-1344878-1

BLACKWELL SANDERS PEPER
MARTIN LLP

By: _____
R. Prescott Sifton, Jr. #92040
Laura Toledo, #516315
720 Olive Street, 24th Floor
St. Louis, Missouri 63101
(314) 345-6000 telephone
(314) 345-6060 facsimile
rsifton@blackwellsanders.com

*Attorneys for Plaintiff LPP Mortgage, Ltd.*